AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Steger, Christopher H. | U.S. Distric Court, Eastern Distric of Tennessee | 06/29/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full-Time | ☐ Nomination   Date <br> ☑ Initial   ☐ Annual   ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 <br> to <br> 02/29/2016 |

**7. Chambers or Office Address**

Joel W. Solomon Federal Building, United States Courthouse
900 Georgia Avenue, Room 102
Chattanooga, TN 37402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | The Coca-Cola Company Defined Benefit Pension Plan with former employer, no control |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | The Coca-Cola Company - salary | $435,089.00 |
| 2. 2014 | The Coca-Cola Company - salary | $380,197.00 |
| 3. 2015 | The Coca-Cola Company - salary | $1,066,257.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Plastic Surgery Group PC - salary |
| 2. 2014 | Plastic Surgery Group PC - salary |
| 3. 2015 | Plastic Surgery Group PC - salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SmartBank (formerly Cornerstone Bank) | Mortgage | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Various Accounts | D | Interest | M | T | Exempt | | | | |
| 2. Campbell Family Investments, LLC | D | Int./Div. | M | U | Exempt | | | | |
| 3. Genworth Life & Annuity Insurance Company Inherited Annuity (fixed) | E | Distribution | L | T | Exempt | | | | |
| 4. The Coca-Cola Co. 401(k) (common trust fund) (not self-directed) | D | Dividend | M | T | Exempt | | | | |
| 5. Northwestern Whole Life Policies | D | Dividend | M | T | Exempt | | | | |
| 6. Rental Property, Nashville, TN (2015 $267,000) | C | Rent | N | Q | Exempt | | | | |
| 7. Campbell Trust FBO C Steger | | | | | | | | | |
| 8. --American Airlines Group, Inc. | A | Dividend | | | Exempt | | | | |
| 9. --AQR Managed Futures Strategy HV Mutual Fund | C | Dividend | L | T | Exempt | | | | |
| 10. --Center Coast MLP and Infrastructure Mutual Fund | C | Dividend | J | T | Exempt | | | | |
| 11. --Center Valley Fresno School Distric Calif Muni Bond | C | Interest | K | T | Exempt | | | | |
| 12. --Chattanooga Tennessee Muni Bonds | A | Interest | J | T | Exempt | | | | |
| 13. --Chicago Illinois Housing Authority Municipal Bond | C | Interest | K | T | Exempt | | | | |
| 14. --Cole Credit Property Trust REIT | D | Dividend | L | T | Exempt | | | | |
| 15. --Finney Cnty Kansas School District Muni Bond | B | Interest | J | T | Exempt | | | | |
| 16. --First Niagara Financial Group, Inc. | A | Dividend | | | Exempt | | | | |
| 17. --Florida State Dept Municipal Bond | C | Interest | K | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --Jensen Quality Growth Mutual Fund | D | Dividend | K | T | Exempt | | | | |
| 19. --Kindred School District California Muni Bond | A | Interest | J | T | Exempt | | | | |
| 20. --National Penn Banchsares, Inc. | A | Dividend | K | T | Exempt | | | | |
| 21. --Nestle SA | A | Dividend | | | Exempt | | | | |
| 22. --N Texas Tollway Authority Municipal Bond | D | Interest | K | T | Exempt | | | | |
| 23. --Phillips Edison Grocery Center REIT II | C | Dividend | L | T | Exempt | | | | |
| 24. --Schwab Short-Term US Treasury ETF | B | Dividend | M | T | Exempt | | | | |
| 25. --Schwab US Dividend Equity ETF | A | Dividend | J | T | Exempt | | | | |
| 26. --Select Income REIT | A | Dividend | J | T | Exempt | | | | |
| 27. --Southern Company | A | Dividend | J | T | Exempt | | | | |
| 28. --Verizon Communications | A | Dividend | J | T | Exempt | | | | |
| 29. Campbell Family Trust | | | | | | | | | |
| 30. --AQR Managed Futures Strategy HV Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 31. --Schwab Govt Money Market Fund | A | Dividend | L | T | Exempt | | | | |
| 32. --Matthews Asia Dividend Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 33. --Schwab Short-Term US Treasury ETF | A | Dividend | K | T | Exempt | | | | |
| 34. Brokerage #1 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Atlas Pipeline Partners, L.P. | A | Distribution | | | Exempt | | | | |
| 36. --Blackrock Debt Strategies Mutual Fund | A | Dividend | | | Exempt | | | | |
| 37. --Blackrock Floating Rate Income Mutual Fund | B | Dividend | | | Exempt | | | | |
| 38. --Crestwood Midstream Partners, L.P. | A | Distribution | | | Exempt | | | | |
| 39. --Eaton Vance Floating Rate Income Plus Mutual Fund | C | Dividend | | | Exempt | | | | |
| 40. --Indiana Municipal Power Supply Municipal Bond | A | Interest | J | T | Exempt | | | | |
| 41. --Jacksonville Electric Authority FL Muni Bond | A | Interest | | | Exempt | | | | |
| 42. --Kayne Anderson Midstream Energy Mutual Fund | A | Dividend | | | Exempt | | | | |
| 43. --Kentucky State Certificates Muni Bond | A | Interest | J | T | Exempt | | | | |
| 44. --Matthews Asia Dividend Mutual Fund | A | Dividend | | | Exempt | | | | |
| 45. --Metro Nashville Airport Authority Municipal Bond | A | Interest | J | T | Exempt | | | | |
| 46. --New York City Municipal Water Municipal Bond | B | Interest | J | T | Exempt | | | | |
| 47. --North Texas Tollway Authority Municipal Bond | B | Interest | K | T | Exempt | | | | |
| 48. --Northstar Realty Finance Corp. REIT | A | Dividend | | | Exempt | | | | |
| 49. --Nuveen Credit Strategies Income Mutual Fund | A | Dividend | | | Exempt | | | | |
| 50. --Schwab Govt Money Market Fund | A | Interest | L | T | Exempt | | | | |
| 51. --Schwab Short-Term US Treasury ETF | A | Dividend | K | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Tortoise Energy Independence Mutual Fund | A | Dividend | | | Exempt | | | | |
| 53. --Tortoise Energy Infrastructure Mutual Fund | A | Dividend | | | Exempt | | | | |
| 54. --Tortoise Power and Energy Infra Mutual Fund | C | Dividend | | | Exempt | | | | |
| 55. Brokerage #2 | | | | | | | | | |
| 56. --Arbitrage Mutual Fund | C | Dividend | M | T | Exempt | | | | |
| 57. --Calamos Market Neutral Income Mutual Fund | C | Dividend | M | T | Exempt | | | | |
| 58. --Charles Schwab Deposit Accounts | A | Interest | O | T | Exempt | | | | |
| 59. --Gateway Mutual Fund | C | Dividend | M | T | Exempt | | | | |
| 60. --Merger Mutual Fund Institutional Class | B | Dividend | M | T | Exempt | | | | |
| 61. --Vanguard Ltd-Term Tax-Exempt Bond Fund | C | Dividend | N | T | Exempt | | | | |
| 62. --Vanguard Total Intl Stock Index Mutual Fund | A | Dividend | L | T | Exempt | | | | |
| 63. --Vanguard Total Stock Market Index Mutual Fund | B | Dividend | M | T | Exempt | | | | |
| 64. Brokerage #3 | | | | | | | | | |
| 65. --AQR Managed Futures Strategy HV Mutual Fund | B | Dividend | K | T | Exempt | | | | |
| 66. --Charles Schwab Deposit Accounts | A | Interest | M | T | Exempt | | | | |
| 67. --Chattanooga Tennessee Municipal Bonds | A | Interest | K | T | Exempt | | | | |
| 68. --Clearbridge Energy MLP Opport Mutual Fund | A | Dividend | | | Exempt | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. --Indiana Municipal Power Supply Municipal Bond | A | Interest | J | T | Exempt | | | | |
| 70. --Jacksonville Electric Authority FL Muni Bond | B | Interest | K | T | Exempt | | | | |
| 71. --Matthews Asia Dividend Mutual Fund | A | Dividend | | | Exempt | | | | |
| 72. --Matthews Asian Growth and Income Mutual Fund | A | Dividend | | | Exempt | | | | |
| 73. --National Penn Banchsares, Inc. | A | Dividend | J | T | Exempt | | | | |
| 74. --New York City Municipal Water Municipal Bond | A | Interest | J | T | Exempt | | | | |
| 75. --North Texas Tollway Authority Municipal Bond | A | Interest | K | T | Exempt | | | | |
| 76. --Schwab Short-Term US Treasury ETF | A | Dividend | L | T | Exempt | | | | |
| 77. --Schwab US Dividend Equity ETF | A | Dividend | J | T | Exempt | | | | |
| 78. --Select Income REIT | A | Dividend | J | T | Exempt | | | | |
| 79. --Southern Company | A | Dividend | J | T | Exempt | | | | |
| 80. --Spectra Energy Corporation | A | Dividend | | | Exempt | | | | |
| 81. --Tortoise Pipeline and Energy Mutual Fund | B | Dividend | | | Exempt | | | | |
| 82. Brokerage #4 | | | | | | | | | |
| 83. --Fidelity Government Cash Reserves | A | Interest | J | T | Exempt | | | | |
| 84. --Ishares Core US Aggregate Bond ETF | A | Dividend | K | T | Exempt | | | | |
| 85. --Ishares MSCI Frontier 100 ETF | A | Dividend | K | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   --Ishares TIPS Bond ETF | A | Dividend | J | T | Exempt | | | | |
| 87.   --LJM Preservation and Growth Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 88.   --Oppenheimer Steelpath MLP Alpha Y Mutual Fund | B | Dividend | J | T | Exempt | | | | |
| 89.   --Powershares ETF Trust II | A | Dividend | J | T | Exempt | | | | |
| 90.   --Powershares QQQ Trust | A | Dividend | J | T | Exempt | | | | |
| 91.   --SPDR Barclays High Yield Bond ETF | B | Dividend | J | T | Exempt | | | | |
| 92.   --Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Exempt | | | | |
| 93.   --Vanguard FTSE Emerging Markets ETF | A | Dividend | K | T | Exempt | | | | |
| 94.   --Vanguard Growth ETF | A | Dividend | J | T | Exempt | | | | |
| 95.   --Vanguard Mid-Cap ETF | A | Dividend | K | T | Exempt | | | | |
| 96.   --Vanguard Value ETF | A | Dividend | K | T | Exempt | | | | |
| 97.   Brokerage #5 | | | | | | | | | |
| 98.   --Fidelity Government Cash Reserves | A | Interest | J | T | Exempt | | | | |
| 99.   --Ishares Core US Aggregate Bond ETF | A | Dividend | J | T | Exempt | | | | |
| 100.   --Ishares MSCI Frontier 100 ETF | A | Dividend | K | T | Exempt | | | | |
| 101.   --Ishares TIPS Bond ETF | A | Dividend | J | T | Exempt | | | | |
| 102.   --LJM Preservation and Growth Mutual Fund | A | Dividend | J | T | Exempt | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. --Oppenheimer Steelpath MLP Alpha Y Mutual Fund | B | Dividend | J | T | Exempt | | | | |
| 104. --Powershares ETF Trust II | A | Dividend | J | T | Exempt | | | | |
| 105. --Powershares QQQ Trust | A | Dividend | J | T | Exempt | | | | |
| 106. --SPDR Barclays High Yield Bond ETF | B | Dividend | J | T | Exempt | | | | |
| 107. --Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Exempt | | | | |
| 108. --Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | Exempt | | | | |
| 109. --Vanguard Growth ETF | A | Dividend | J | T | Exempt | | | | |
| 110. --Vanguard Mid-Cap ETF | A | Dividend | K | T | Exempt | | | | |
| 111. --Vanguard Value ETF | A | Dividend | K | T | Exempt | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Steger, Christopher H. | 06/29/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Name

Steg

## IX. CERTIFICATION.

I certify that all information given above (including information pert
accurate, true, and complete to the best of my knowledge and belief, and
provisions permitting non-disclosure.

I further certify that earned income from outside employment and he
compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7

Si

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY F
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)